*In re* DEPARTMENT OF PUBLIC WORKS.

*In re* ONE HUNDRED AND SIXTIETH STREET.

(*Supreme Court, General Term, First Department.* June 29, 1892.)

OPENING STREETS—ASSESSMENTS—VALUATION.

An assessment on a lot for the opening of a street is properly based on its value as estimated by the tax commissioners for the year when the assessment was made up, and should not be altered because of later valuations.

Appeal from special term, New York county.

Proceedings were instituted by the department of public works, for and on behalf of the mayor, etc., of the city of New York, for the opening of 160th street between 11th avenue and Kingsbridge road. From an order confirming the report of commissioners of estimate and assessment, Charles Banks and others appeal. Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and BARRETT, JJ.

*James A. Deering,* for appellants. *William H. Clark,* (*Carroll Berry,* special counsel,) for respondent.

PER CURIAM. We agree with Mr. Justice LAWRENCE that the decision of the general term upon the original appeal in this proceeding (1 N. Y. Supp. 237) is controlling upon the question of the dedication of the land proposed to be taken. The opinion of the presiding justice upon that appeal covered all the questions now under consideration, except such as arise upon the additional facts presented to the commissioners on the rehearing. As to these new facts and circumstances, we agree with the commissioners, and also with Mr. Justice LAWRENCE, that they do not affect Mr. Buckley's right to a substantial award, nor do they materially modify the facts and circumstances upon which it was held that no dedication of the land in question had been made. We think, too, that the commissioners properly assessed Mr. Banks' lot one half of its value, as estimated by the tax commissioners for the year 1889. That was when the assessment was made up, and we can see no reason why it should be altered because of later valuations. The case cited by the appellant (*In re Schell,* 76 N. Y. 432) does not uphold his contention on this point, while the rule adopted at special term is supported by *In re St. Joseph's Asylum,* 69 N. Y. 353, and *In re Hebrew Asylum,* 70 N. Y. 476. The order appealed from should be affirmed, with $10 costs and disbursements.